UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO CARDENAS RAMIREZ, A-221-416-312 | No.  1:26-cv-03386-DJC-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| WARDEN CALIFORNIA CITY CORRECTIONAL CENTER, | |
| Respondent. | |

Petitioner, an immigration detainee, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with motion for temporary restraining order. See ECF Nos. 1 and 2. The District Judge denied Petitioner's motion for temporary restraining order and directed the appointment of counsel. See ECF No. 7. In light of Petitioner's recently appointed counsel, Petitioner is directed to inform the Court within three (3) days of the date of this order whether Petitioner seeks to file an amended petition. The Court will issue a briefing schedule upon such filing.

IT IS SO ORDERED.

Dated:  May 21, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1