UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO CARDENAS RAMIREZ,
A-221-416-312

           Petitioner,

   v.

WARDEN CALIFORNIA CITY
CORRECTIONAL CENTER,

           Respondent.

No.  1:26-cv-03386-DJC-DMC-HC

ORDER

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. See ECF No. 1. Pending before the Court is Petitioner's request for continuance for filing Petitioner's amended petition. See ECF No. 12. Good cause appearing, the undersigned will grant the motion and reset the briefing schedule herein.

Accordingly, it is HEREBY ORDERED that:

1.     Petitioner's motion for continuance, ECF No. 12, is GRANTED;

2.     The briefing schedule set in ECF No. 11 is VACATED;

3.     Petitioner shall file an amended petition on or before June 26, 2026;

/ / /

/ / /

/ / /

1

4.      Respondent is directed to file an answer/return within 14 days from the date of Petitioner's amended petition. If an answer/return is filed, Respondent shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application.

5.      Petitioner's reply/traverse, if any, is due within 7 days after being served a copy of Respondent's answer/return.

6.      In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, Respondent shall not transfer petitioner to another detention center outside of this judicial district, pending further order of the court. See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions…."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

Dated:  June 15, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2