**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO CARDENAS RAMIREZ, A-221-416-312<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DENTENTION CENTER,<br>Respondent. | No. 1:26-cv-03386-DJC-ICD (HC)<br><br>ORDER |

Petitioner filed an amended petition for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 15. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On October 7, 2026, the Magistrate Judge filed amended findings and recommendations that were served on the parties, and that contained notice that the parties may file objections within the time specified therein. ECF No. 26. Respondent timely objected. ECF No. 27.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

////

////

Accordingly, IT IS HEREBY ORDERED as follows:

1. The amended findings and recommendations filed October 7, 2026 (ECF No. 26) are adopted in full.

2. The First Amended Petition for Writ of Habeas Corpus (ECF No. 15) is GRANTED IN PART and DENIED IN PART, as follows:

    a. The petition is GRANTED as to Petitioner's claim that his continued detention violates substantive due process;

    b. The petition is DENIED as to Petitioner's procedural due process claim seeking a second bond hearing at which the government bears the burden of proof; and

    c. To the extent the petition seeks relief directed at Petitioner's medical care or the conditions of his confinement other than release, the petition is DENIED without prejudice.

    d. Respondent is ORDERED to IMMEDIATELY RELEASE Petitioner Alejandro Cardenas Ramirez (A-221-416-312) from custody. At the time of release, Respondent must return all of Petitioner's documents and possessions.

    e. Respondent may re-detain Petitioner if (a) Petitioner violates the conditions of release and Respondent provides Petitioner notice and an opportunity to be heard as to the alleged violation, or (b) Petitioner becomes subject to an executable final order of removal and receives notice of that final order of removal.

    f. Respondent shall file a notice confirming Petitioner's release within three (3) court days after the release.

3. Petitioner's Motion for Expedited Consideration (ECF No. 21) is DENIED as moot.

4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated: **November 24, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE